IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM NO. 18-00068 JMS-RLP |
| | ) |
| Plaintiff, | ) ORDER REGARDING HAWAII CENTRAL |
| | ) FEDERAL CREDIT UNION'S SUBMITTED |
| vs. | ) DECLARATION OF COUNSEL |
| | ) |
| KATHERINE P. KEALOHA, ET. AL, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER REGARDING HAWAII CENTRAL FEDERAL CREDIT
UNION'S SUBMITTED DECLARATION OF COUNSEL

The Court has reviewed and approves Hawaii Central Federal Credit Union's Submitted Declaration of Counsel, filed on October 25, 2018, which attached three appraisals of real property as directed by the Court in its September 27, 2018 Order Granting the United States' Motion for Interlocutory Sale of Real Property Subject to Criminal Forfeiture.  ECF No. 79 ¶ 4; ECF No. 115.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, OCTOBER 31, 2018.

Richard L. Puglisi
United States Magistrate Judge