MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144
michael.wheat@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LOUIS M. KEALOHA (2),<br><br>        Defendant. | CR. NO. 18-00068 JMS-WRP<br><br>NOTICE OF FILING DECLARATION OF INTERNET PUBLICATION; DECLARATION OF INTERNET PUBLICATION; EXHIBIT A |

NOTICE OF FILING DECLARATION OF INTERNET PUBLICATION

    The United States of America, by and through its undersigned attorneys, attaches for filing the Declaration of Internet Publication as it pertains to the above-captioned defendant in the above-entitled case. As the Computerized Asset Tracking System (CATS) allows for each asset to be published only once, it was published

under the lead defendant in the case, Katherine P. Kealoha (1), but applies equally to defendant LOUIS M. KEALOHA (2). The same Declaration of Internet Publication therefore applies to each defendant as forfeiting the same asset, and is attached to each of their respective Notices of Filing of Internet Publishing.

Dated: February 11, 2022        Respectfully submitted,

MERRICK B. GARLAND
Attorney General

RANDY S. GROSSMAN
United States Attorney

/s/ *Janaki G. Chopra*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI G. CHOPRA
COLIN M. MCDONALD
Special Attorneys

*United States v. Kealoha, et al.*, Cr. No. 18-00068 JMS-WRP (02), "Notice of Filing Declaration of Internet Publication"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>LOUIS M. KEALOHA (1),<br><br>          Defendant. | CR. NO. 18-00068 JMS-WRP<br><br>CERTIFICATE OF SERVICE |

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following parties:

<u>Served Electronically through CM/ECF</u>:

Rustam Barbee, Attorney for Defendant Louis M. Kealoha

DATED: February 11, 2022, at San Diego, California.

                                        /s/ *Janaki G. Chopra*
                                        JANAKI G. CHOPRA
                                        Special Attorney to the Attorney General